CARTLEDGE v. WORTHAM, Secretary of State.

(Court of Civil Appeals of Texas. Austin. March 26, 1913.)

Appeal from District Court, Travis County; Chas. A. Wilcox, Judge.

Suit by E. Cartledge against John L. Wortham, Secretary of State. From a decree for defendant, plaintiff appeals. Certified to the Supreme Court. Questions answered 153 S. W. 297. Affirmed.

Gregory, Batts & Brooks, of Austin, for appellant. B. F. Looney, Atty. Gen., and C. M. Cureton, Asst. Atty. Gen., for appellee.

KEY, C. J. In this suit appellant sought to contest an election, and restrain the Secretary of State from canvassing the vote and certifying the result of said election, by which a certain amendment to the Constitution was adopted.

The trial court sustained a general demurrer to the petition, and after the case was submitted in this court the controlling question was certified to the Supreme Court, and the ruling of that court sustains the action of the trial court, and therefore the judgment is affirmed.

Affirmed.

WHITEHURST v. WALKER.

(Court of Civil Appeals of Texas. Amarillo. Dec. 4, 1912.)

Appeal from Wheeler County Court; J. B. Reynolds, Judge.

Action between W. H. Whitehurst and W. S. Walker. From an adverse judgment, one of the parties appeals. Affirmed.

L. D. Miller, of Shamrock, for appellant. Reynolds & Hill, of Shamrock, for appellee.

HENDRICKS, J. No briefs having been filed, and fundamental error not apparent in the record, the judgment is affirmed.